UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

           Plaintiff,

-against-

EUROPEAN GIFT & HOUSEWARE,

           Defendant.

Case No.



## BODUM USA, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Bodum USA, Inc. ("Bodum") certifies that Bodum is a corporation organized under the laws of the State of Delaware and that its corporate parent is Bodum Form Aps. Peter Bodum A/S is the corporate parent of the latter. There is no publicly held corporation that owns ten percent (10%) or more of the stock of Bodum.

Dated: August 22, 2007
      New York, New York

                          VEDDER, PRICE, KAUFMAN &
                         KAMMHOLZ, P.C.

                         By: _____
                            John H. Eickemeyer (JE-8302)
                            Marie A. Tieri (MT-0910)

                         1633 Broadway, 47th Floor
                         New York, New York 10019
                         Telephone: (212) 407-7700
                         Facsimile: (212) 407-7799

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

*Attorneys for Plaintiff*
BODUM USA, INC.