**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BODUM USA, INC.,

        Plaintiff(s),　　　　　　　　　　　　　Case No. 07 CV 7456

  -against-　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

EUROPEAN GIFT & HOUSEWARE,

        Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK  )
　　　　　　　　　　　　S.S.
COUNTY OF ROCKLAND  )

    DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 28TH day of August, 2007, at approximately the time of 2:10 PM, deponent served a true copy of the SUMMONS, CIVIL COVER SHEET, COMPLAINT AND RULE 7.1 STATEMENT upon EUROPEAN GIFT & HOUSEWARE at 514 South 5th Avenue, Mount Vernon, New York 10550, by personally delivering and leaving the same with ANGELO FORZANO, who informed deponent that he is an president authorized by EUROPEAN GIFT & HOUSEWARE to receive service at that address.

    ANGELO FORZANO is a white male, approximately 37 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 185 pounds with brown hair, graying goatee and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
30th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com