UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
BOSUM USA, INC.,

                     **Plaintiff,**

   -against-

EUROPEAN GIFT & HOUSEWARE,

                     **Defendant.**
_____X

## FRCP 7.1 STATEMENT

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, IN ORDER TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR RFMAS, INC., (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS OF SAID PARTY, OR ARE PUBLICLY TRADED CORPORATIONS THAT OWN 10 PERCENT OR MORE OF ITS STOCK.

**NONE**

DATE: September 17, 2007

                                        STEPHEN E. FELDMAN, P.C.

                                        By: _____
                                        Stephen E. Feldman (5630)
                                        12 East 41st Street
                                        New York, New York 10017
                                        (212) 532-8585