UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

**BODUM USA, INC.,**

       Plaintiff,                    Case No. 07-CV-7456 (RMB)

       -against-

**EUROPEAN GIFT & HOUSEWARE,**

       Defendant.
_____x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for European Gift & Houseware.

    I certify that I am admitted to practice in this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: September 18, 2007 | By: /s/Paul J. Burgo/s/_____ <br> Paul J. Burgo (PB-2706) <br> FELDMAN LAW GROUP, PC <br> 12 East 41st Street <br> New York, NY 10017 <br> Tel.:  (212)532-8585 <br> Ph.:  (212)532-8598 |