UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

**BODUM USA, INC.,**

       Plaintiff,                Case No. 07-CV-7456 (RMB)

       -against-

**EUROPEAN GIFT & HOUSEWARE,**

       Defendant.
_____x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for European Gift & Houseware.

    I certify that I am admitted to practice in this Court.

                                                 Respectfully submitted,

Date: September 18, 2007                By: /s/Kenneth S. Feldman/s/_____
                                                 Kenneth S. Feldman (KF-5630)
                                                 FELDMAN LAW GROUP, PC
                                                 12 East 41st Street
                                                 New York, NY 10017
                                                 Tel.:  (212)532-8585
                                                 Ph.:   (212)532-8598