

**FELDMAN LAW GROUP, P.C.**
PATENT, COPYRIGHT AND TRADEMARK LAW
12 EAST 41st STREET
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 532-8585
TELEFAX: (212) 532-8598
www.feldman-law.com

September 19, 2007

LONG ISLAND OFFICE
120 MAIN STREET (ROUTE 25A)
HUNTINGTON, NEW YORK 11743

**VIA FEDERAL EXPRESS**
The Hon. Richard M. Berman
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

# MEMO ENDORSED

Re:   *Bodum USA, Inc. v. European Gift & Houseware*, 07-CV-07456 (RMB)

Dear Judge Berman:

We represent Defendant in the above-referenced case. After speaking with the Court's Deputy Clerk, we write to request that the Court reschedule the initial conference now set for 9:30 A.M. on September 24, 2007 to the same day at 2:30 PM. Defendant's counsel has a conflict with the original time. This is the first request and Plaintiff has consented.

Respectfully submitted

Paul J. Burgo

cc (via email):   Jared Jodrey
                  Chad A. Schiefelbein

Application Granted.

SO ORDERED
Date: 9/20/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07