UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Bodum   Plaintiff(s),

- v -

European Gift   Defendant(s).

------------------------------------------------------------X

**Case Management Plan**

07 CV. 7456 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by   Nov. 8, 2007

(ii)   Amend the pleadings by   Nov. 8, 2007

(iii)   All discovery to be **expeditiously** completed by   Jan 22, '08 (Fact + Expert)

(iv)   Consent to Proceed before Magistrate Judge

(v)   Status of settlement discussions   with principals on 11/1/07 @ 2:30 PM. RMB

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions

(vii)   Oral Argument

(viii)   Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)   Trial

(xi)   Other   Work on Settlement: Referred to Magistrate Judge Katz

SO ORDERED: New York, New York
9/24/07

RMB
Hon. Richard M. Berman, U.S.D.J.