UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BODUM USA, INC.,

                               Plaintiff,

                    -against-

EUROPEAN GIFT & HOUSEWARE,

                               Defendant.

Case No. 07-CV-7456 (RMB)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of John H. Eickemeyer, attorney for plaintiff BODUM USA Inc., and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Jared C. Jodrey
> Vedder, Price, Kaufman & Kammholz, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, Illinois 60601-1003
> Telephone Number: (312) 609-7500
> Fax Number: (312) 609-5005

is admitted to practice *pro hac vice* as counsel for plaintiff BODUM USA, Inc. in the above-

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: **9/25**, 2007
New York, New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07



RMB
_____
United State District Magistrate Judge

Richard M. Berman