UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BODUM USA, INC., a Delaware corporation<br><br>      Plaintiff,<br><br>    -against-<br><br>EUROPEAN GIFT & HOUSEWARE, a New York company,<br><br>      Defendant. | Case No. 07 CV 7456 (RMB)<br><br>NOTICE OF FILING |

To: Stephen E. Feldman
   Paul J. Burgo
   FELDMAN LAW GROUP, P.C.
   12 East 41st Street
   New York, NY 10007

 PLEASE TAKE NOTICE that on October 9, 2007, there was filed with the Clerk of the United States District Court for the Southern District of New York, the attached **ANSWER TO COUNTERCLAIM**, a true and correct copy of which is herewith served upon you.

                BODUM USA, INC.


                By: s/John H. Eickemeyer
                  John H. Eickemeyer
                  Marie A. Tieri
                  Vedder, Price, Kaufman & Kammholz, P.C.
                  1633 Broadway, 47th Floor
                  New York, New York 10019
                  Telephone: (212) 407-7700
                  Facsimile: (212) 407-7799

OF COUNSEL

David E. Bennett
Chad A. Schiefelbein
Jared C. Jodrey
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

CHICAGO/#1699956.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Answer to Counterclaim with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen E. Feldman
Paul J. Burgo
FELDMAN LAW GROUP, P.C.
12 East 41st Street
New York, NY 10007

on October 9, 2007.

s/John H. Eickemeyer