UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

BODUM USA, INC.,

                      **Plaintiff,**                    **Case No. 07-CV-7456 (RMB)**

      -against-

EUROPEAN GIFT & HOUSEWARE,

                      **Defendant.**

————————————————————— x

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND ORDERED that the action be dismissed with prejudice as to all claims which were brought or could have been brought and without attorneys' fees or costs, the parties having settled and resolved all issues and controversies herein.

By consent of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement between the parties entered into on November 1, 2007.

Dated: *November 1, 2007*

John H. Eickemeyer (JE 8302)
Marie A. Tieri (MT 0910)
VEDER PRICE KAUFMAN & KAMMHOLZ, PC
1633 Broadway, 47th Fl.
(212) 407 7700
FAX (212) 407 7799
*Attorneys for Plaintiff*

Paul J. Burgo (PB 2706)
FELDMAN LAW GROUP P.C.
12 East 41st Street
Suite 1302
New York, NY 10017
(212) 532 8585
FAX (212) 532 8598
*Attorneys for Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/01/2007

CLERK TO CLOSE THIS CASE.

ORDERED: *Richard M. Berman*
                 U.S.D.J.

11/1/07